USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEYLEE LAWRENCE, COURTNEY BRACCIA,
BRIA WARNER, and WENDY ROSADO,
individually and on behalf of all others similarly
situated,

                           Plaintiffs,

-against-

NYC MEDICAL PRACTICE, P.C. d/b/a Goals
Aesthetics and Plastic Surgery, and SERGEY
VOSKIN, M.D.,

                           Defendants.
-----------------------------------------------------------------X

1:18-cv-8649-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiffs' proposed revised class and collective notices, Dkt. No. 175, and Defendants' letter in opposition. Plaintiffs are directed to correct the typographical and formatting issues identified in Defendants letter. Plaintiffs are directed to make the following changes to the proposed class action notice:

- Remove Judge Woods' name from Section 4.
- Replace "The Court will decide this issue at a later date." with "This will be decided at a later date." in Section 4.

Plaintiffs are directed to make the following changes to the proposed collective action notice:

- Add page numbers to the collective action notice.
- Remove counsel's contact information from the top of the form.
- Add "in a given workweek" to the end of the final sentence in the "regarding" section.
- Add "in a work week" after "in excess of forty (40)" in the second paragraph of the introduction.
- Replace "Settlement Administrator" with "Claims Administrator" in Section III.
- Add the word "retaining" prior to "counsel of your own choosing and expense" in Section III.

- Remove the email and telephone contact information for Plaintiffs' counsel in Section III.
- Remove the final sentence of Section III.
- Replace "CONSENT FORM" with "Consent Form" to be consistent with the notice's definition of the defined term.
- Replace "has retained jurisdiction" with "retains jurisdiction" in Section IV.
- Add "with Defendants" after "you may be required to provide information and documentation" in Section IV.

Plaintiffs are directed to remove the final two paragraphs of the Consent Form. Plaintiffs are further directed to alter the Consent Form to allow prospective plaintiffs to select whether they choose to be represented by Plaintiffs' counsel, or whether they choose to be represented by counsel of their own choosing. Plaintiffs are directed to alter Section III of the collective action notice to reflect that the Consent Form allows prospective plaintiffs to indicate whether they wish to be represented by Plaintiffs' counsel or separate counsel, rather than requiring prospective plaintiffs to submit a separate form if they wish to join the lawsuit with counsel of their choosing. The collective action notice should inform prospective plaintiffs that if they choose to be represented by an attorney of their own choosing, the attorney should promptly file a notice of appearance on their behalf.

The parties are directed to modify and submit the proposed class and collective action notice forms no later than November 17, 2021. In addition, the parties are directed to submit via email (WoodsNYSDChambers@nysd.uscourts.gov) a clean copy of the proposed notices in Word format as well as a version showing track changes from the proposed notices filed on October 21, 2021.

SO ORDERED.

Dated: November 10, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge