```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEYLEE LAWRENCE, COURTNEY BRACCIA, :
BRIA WARNER, and WENDY ROSADO, :
individually and on behalf of all others similarly :
situated, :
                 :  1:18-cv-8649-GHW
                 :
           Plaintiffs, :  ORDER
                 :
       -against- :
                 :
NYC MEDICAL PRACTICE, P.C. d/b/a Goals :
Aesthetics and Plastic Surgery, and SERGEY :
VOSKIN, M.D. :
                 :
           Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

  The Court has reviewed Plaintiffs' proposed revised class and collective notices, Dkt. No. 180.  The Court will not approve Plaintiff's proposed Consent Form.  The Consent Form does not make it clear how a prospective plaintiff can indicate whether they choose to be represented by Lead Plaintiffs' counsel or by counsel of their own choosing.  Further, the signature block should be placed below the option for prospective plaintiffs to indicate who they choose to be represented by.  Plaintiffs are referred to Case No. 1:21-cv-5511, Dkt. No. 21, as an exemplar of an opt-in notice form that addresses these concerns.

  Plaintiffs are further directed to replace the closing parenthesis following "GOALS" with a closing bracket in the "REGARDING" section of the proposed collective action notice.  Plaintiffs are directed to modify and submit the revised forms no later than November 23, 2021.

  SO ORDERED.

Dated:  November 19, 2021
New York, New York
                       GREGORY H. WOODS
                       United States District Judge