```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEYLEE LAWRENCE, COURTNEY BRACCIA,
BRIA WARNER, and WENDY ROSADO,
individually and on behalf of all others similarly
situated,

                        1:18-cv-8649-GHW

                           Plaintiffs,                ORDER

                  -against-

NYC MEDICAL PRACTICE, P.C. d/b/a Goals
Aesthetics and Plastic Surgery, and SERGEY
VOSKIN, M.D.

                          Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    IT IS HEREBY ORDERED as follows:

1. The Court approves the parties' proposed Notice of Pendency of Class Action form, which was submitted to the Court on November 18, 2021, Dkt. No. 180.

2. The Court approves the parties' proposed Notice of Lawsuit with Opportunity to Join and Consent Form, which were submitted to the Court on November 22, 2021, Dkt. No. 182.

3. Plaintiffs are directed, within fourteen (14) days following the date of this order, to distribute and transmit the Notice of Lawsuit with Opportunity to Join and Consent Form to all individuals within the definition of the FLSA collective action, by first class U.S. Mail and electronically by personal and business email.

    SO ORDERED.

Dated: November 23, 2021
New York, New York

                                                  GREGORY H. WOODS
                                         United States District Judge