USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022

UNITED STATES DISTRICT COURT 21cv3262
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEYLEE LAWRENCE, COURTNEY BRACCIA, :
BRIA WARNER, and WENDY ROSADO, :
individually and on behalf of all others similarly :
situated, :
: 1:18-cv-8649-GHW
:
                     Plaintiffs, : ORDER
:
               -against- :
:
NYC MEDICAL PRACTICE, P.C. d/b/a Goals :
Aesthetics and Plastic Surgery, and SERGEY :
VOSKIN, M.D. :
:
                     Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On March 22, 2022, the Court received a supplemental declaration from a representative of Simpluris, Inc., the claims administrator in this case. Dkt. No. 190. Simpluris has offered to provide lists of individuals who were sent class and collective notices to the Court *in camera*, rather than providing the lists to Defendants. The Court requests that Simpluris inform the Court, no later than March 25, 2022, why the lists should not be provided to Defendants.

      SO ORDERED.

Dated: March 23, 2022
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge