```
UNITED STATES DISTRICT COURT21cv3262
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEYLEE LAWRENCE, COURTNEY BRACCIA,      :
BRIA WARNER, and WENDY ROSADO,          :
individually and on behalf of all others similarly :
situated,                               :          1:18-cv-8649-GHW
                                        :
                        Plaintiffs,     :          ORDER
                                        :
            -against-                   :
                                        :
NYC MEDICAL PRACTICE, P.C. d/b/a Goals  :
Aesthetics and Plastic Surgery, and SERGEY :
VOSKIN, M.D.                            :
                                        :
                        Defendants.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference to discuss next steps in this matter on August 9, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The parties are directed to provide a joint status letter no later August 2, 2022.

SO ORDERED.

Dated: July 19, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge