```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                :
KEYLEE LAWRENCE, *individually and on behalf of*  :
*all others similarly situated, et al.*,                          :
                                                                               :            1:18-cv-8649-GHW
                                                          Plaintiffs,  :
                                                                               :                  ORDER
                                        -v -                                         :
NYC MEDICAL PRACTICE, P.C., *d/b/a* Goals  :
Aesthetics and Plastic Surgery, *et al.*,                 :
                                                                               :
                                                       Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        As discussed at the August 8, 2023 conference, Defendants' anticipated motion to decertify the class action must be filed and served by no later than September 1, 2023. Plaintiffs' opposition must be filed and served no later than three weeks from the date that Defendants' motion is filed and served; Defendants' reply, if any, must be filed and served no later than one week from the date of filing and service of Plaintiffs' opposition.

        SO ORDERED.

Dated: August 8, 2023
       New York, New York

                                                                                  _____
                                                                                      GREGORY H. WOODS
                                                                                United States District Judge