USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KEYLEE LAWRENCE, *individually and on behalf of* :
*all others similarly situated, et al.*,                  :
                                                                 :                  1:18-cv-8649-GHW
                                               Plaintiffs, :
                                                                  :                       <u>ORDER</u>
                             -v -                                  :
                                                                   :
NYC MEDICAL PRACTICE, P.C., *d/b/a* Goals  :
Aesthetics and Plastic Surgery, *et al.*,              :
                                                                   :
                                                          Defendants. :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      A jury trial in this matter will begin on **Monday, June 10, 2024 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Thursday, May 16, 2024 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      The parties are directed to submit the following materials no later than **March 22, 2024**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening

statements.

    SO ORDERED.

Dated: August 8, 2023  
New York, New York

                                                 GREGORY H. WOODS  
                                            United States District Judge