```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEYLEE LAWRENCE, *individually and on behalf of others similarly situated,* et al.,

                           Plaintiffs,

-against-

NYC MEDICAL PRACTICE, P.C.., d/b/a GOALS ASTHETICS and PLASTIC SURGERY, et al.,

                           Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

18-CV-8649 (GHW)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing the Zoom platform is scheduled for **Wednesday, December 20, 2023 at 2:00 p.m.** Counsel for the Defendants is directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 13, 2023 by 5:00 p.m.**

    SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                             _____
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge