```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                  :
KEYLEE LAWRENCE, et al.,                          :
                                                  :
                              Plaintiffs,         :          1:18-cv-8649-GHW
                                                  :
                -v –                              :          ORDER
NYC MEDICAL PRACTICE, P.C., et al.,               :
                              Defendants.         :
                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024

GREGORY H. WOODS, United States District Judge:

As discussed at the April 4, 2024 conference, Defendants' request for leave to file a motion for sanctions or preclusion of evidence under Fed. R. Civ. P. 37 is granted. Defendants' motion is due April 23, 2024. Plaintiffs' opposition is due within fourteen days of the date of service of Defendants' motion. Defendants' reply, if any, is due within seven days of the date of service of Plaintiffs' opposition. Also as discussed, Defendants' request for leave to file a motion to decertify the class is granted. Defendants' motion to decertify is also due April 23, 2024. Plaintiffs' opposition is due within fourteen days of the date of service of Defendants' motion. Defendants' reply, if any, is due with seven days of the date of service of Plaintiffs' opposition.

Trial in this matter is adjourned to December 17, 2024. The final pretrial conference is adjourned to October 31, 2024 at 10:00 a.m. The deadline for the parties to submit the joint pretrial materials, including affidavits of trial witnesses, described in the Court's March 21, 2024 order is extended to September 17, 2024. Dkt. No. 257. As described in the March 21, 2024 order, three business days after the submission of the affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. Also as described in that order, opposition papers to any legal argument in a pretrial memorandum must be filed within seven days thereafter, and reply papers must be filed within four days of any opposition. The deadline for submission of any motions in limine is also extended to October 17, 2024. Opposition papers to

any such motions are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition.

SO ORDERED.

Dated: April 9, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge