USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                         :
KEYLEE LAWRENCE, *et al.*,               :
                                                         :
                               Plaintiffs,   :            1:18-cv-08649-GHW
                                                         :
                          -v-                             :            <u>ORDER</u>
                                                         :
NYC MEDICAL PRACTICE, P.C., *et al.*,  :
                                                         :
                               Defendants.  :
                                                         :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the conference held on September 20, 2024, the Court will hold a teleconference on September 24, 2024 at 12:00 p.m. to discuss Plaintiffs' counsel's motions to withdraw. Dkt. Nos. 288, 291. Plaintiffs' counsel are directed to serve their motions to withdraw on each and every individual plaintiff for whom counsel have appeared in this case. Plaintiffs are further directed to file proof of service on the docket prior to the September 24, 2024 conference.

       **In addition to counsel, Plaintiffs Keylee Lawrence, Courtney Braccia, Bria Warner, Wendy Rosado, Summer Robbins, Elizabeth Vargas, and Richard Soto are directed to attend the conference scheduled for September 24, 2024 at 12:00 p.m.** The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. Specifically, the parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

       The following procedures shall apply to all teleconferences with the Court: participants should use a landline whenever possible, should use a headset instead of speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, participants should not use voice-activated systems that do not allow the user to know when

someone else is trying to speak at the same time. To facilitate orderly teleconferences and the creation of an accurate transcript where a teleconference is held on the record, participants are required to identify themselves every time they speak. Participants should spell any proper names for the court reporter. Participants should also take special care not to interrupt or speak over one another. The recording of any court conference is prohibited by law. Like in-person conferences, telephone conferences are open to the public. Members of the public or the press may join a telephone conference using the dial-in information above.

    Plaintiffs' counsel are further directed to serve this order on each and every individual plaintiff for whom counsel have appeared in this case.

    SO ORDERED.

Dated: September 20, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge