```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
KEYLEE LAWRENCE, et al.,                                          :
                                                                  :
                                        Plaintiffs,               :       1:18-cv-08649-GHW
                                                                  :
                       -v-                                        :       ORDER
                                                                  :
NYC MEDICAL PRACTICE, P.C., et al.,                               :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/24/2024

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on September 24, 2024, Steven Bennett Blau's motion to withdraw, Dkt. No. 288, and Shelly A. Leonard's motion to withdraw, Dkt. No. 291, are granted.

This case is stayed until October 24, 2024 to allow Plaintiffs time to seek new counsel. If Plaintiffs choose to be represented by new counsel, the attorneys must file a notice of appearance in this matter no later than October 23, 2024. The Court will hold a status conference with respect to this matter on **October 29, 2024 at 1:00 p.m.** The conference will be held in **Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York, 10007.

If no attorney has filed a notice of appearance for a plaintiff by October 23, 2024, that plaintiff must appear at the October 29, 2024 conference herself to litigate the case *pro se*. If a plaintiff fails to appear at the October 29, 2024 conference, either through counsel or personally, the Court may impose sanctions, including the dismissal of any claims in this case, for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

All trial dates and associated deadlines are adjourned *sine die*.

The Clerk of Court is directed to:

- Terminate the motions pending at Dkt. Nos. 288, 291.

- Remove attorneys Shelly Leonard and Steven Bennett Blau from the list of active counsel in this case;

- Update Plaintiff Elizabeth Vargas's address on the docket and mail a copy of this order to Plaintiff Elizabeth Vargas at:

  Elizabeth Vargas
  133 West 90th Street, Apt. 15B
  New York, New York 10024

- Update Plaintiff Elizabeth Vargas's phone number on the docket to 917-620-0707;

- Update Plaintiff Keylee Lawrence's address on the docket and mail a copy of this order to Plaintiff Keylee Lawrence at:

  Keylee Lawrence
  15125 Greater Groves Blvd.
  Clermont, FL 34714

- Update Plaintiff Keylee Lawrence's phone number on the docket to 407-837-2022;

- Update Plaintiff Richard Soto's address on the docket and mail a copy of this order to Plaintiff Richard Soto at:

  Richard Soto
  1966 lst Avenue, Apt. 5H
  New York, New York 10029

- Update Plaintiff Richard Soto's phone number on the docket to 646-623-8056;

- Update Plaintiff Bria Warner's address on the docket and mail a copy of this order to Plaintiff Bria Warner at:

  Bria Warner
  20 Water Grant Street, Apt. 534
  Yonkers, New York 10901

- Update Plaintiff Bria Warner's phone number on the docket to 646-319-0714;

- Update Plaintiff Wendy Rosado's address on the docket and mail a copy of this order to Plaintiff Wendy Rosado at:

    Wendy Rosado
    3229 103rd Street, 2nd Floor
    East Elmhurst, New York 11369

- Update Plaintiff Wendy Rosado's phone number on the docket to 917-447-9232;

- Update Plaintiff Courtney Braccia's address on the docket and mail a copy of this order to Plaintiff Courtney Braccia at:

    Courtney Braccia
    1213 Ave Z, Apt. D31
    Brooklyn, New York 11235

- Update Plaintiff Courtney Braccia's phone number on the docket to 929-477-9232;

- Update Plaintiff Summer Robbins's address on the docket and mail a copy of this order to Plaintiff Summer Robbins at:

    Summer Robbins
    8 Lonasne Ave., Apt 2
    Schenectady, New York 12309

- Update Plaintiff Summer Robbins's phone number on the docket to 332-220-9990;

- Enter a stay notation on the docket; and

- Adjourn all trial dates and associated deadlines *sine die*.

SO ORDERED.

Dated: September 24, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge