```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 1/6/2025
------------------------------------------------------------ X
                                                           :
KEYLEE LAWRENCE, et al.,                                   :
                                                           :
                                            Plaintiffs,    :    1:18-cv-8649-GHW
                                                           :
                            -v-                            :    ORDER
                                                           :
NYC MEDICAL PRACTICE, P.C., et al.,                        :
                                                           :
                                            Defendants.    :
                                                           :
------------------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on January 6, 2025, the parties wishing to pursue their claims must comply with the deadlines set in the Court's November 13, 2024 order, Dkt. No. 308. Specifically, the parties must submit a joint pretrial order, memoranda of law, and the other pretrial materials outlined in the Court's Individual Rule 5 no later than February 28, 2025. Additionally, by February 28, 2025, the parties must submit to the Court affidavits constituting the direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a person for whom a party has requested and the Court has agreed to hear direct testimony during the trial. Three business days after submission of such affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. The original affidavits will be marked as exhibits at trial. Any motions in limine must also be filed no later than February 28, 2025. As outlined in the Court's Individual Rule 5(B)(i), if any motions in limine are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition.

      Additionally, as discussed during the conference held on the record on January 6, 2025, the Court orders that no later than February 7, 2025, the parties submit to the opposing parties a list of

all exhibits and witnesses that they intend to present at trial.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs by certified mail.

SO ORDERED.

Dated: January 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2