```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                  :
KEYLEE LAWRENCE, *et al.*,                        :
                                                  :
                              Plaintiffs,         :    1:18-cv-8649-GHW
                                                  :
                -v-                               :    ORDER
                                                  :
NYC MEDICAL PRACTICE, P.C., *et al.*,             :
                                                  :
                              Defendants.         :
                                                  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On January 23, 2025, the Court, at Defendants' request, scheduled a conference for Monday, February 3, 2025 at 1:00 p.m. to discuss trial preparation. Dkt. No. 314. The February 3, 2025 conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. Specifically, the parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-572-4826, followed by the pound (#) key. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The following procedures shall apply to all teleconferences with the Court: Parties should use a landline whenever possible, should use a headset instead of speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, parties should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time. To facilitate orderly teleconferences and the creation of an accurate transcript where a teleconference is held on the record, parties are required to identify themselves every time they speak. Parties should spell any proper names for the court reporter. Parties should also take special care not to interrupt or speak over one another. The recording of

any court conference is prohibited by law.  Like in-person conferences, telephone conferences are open to the public.  Members of the public or the press may join a telephone conference using the dial-in information above.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs by certified mail.

    SO ORDERED.

Dated: January 31, 2025
       New York, New York

GREGORY H. WOODS
United States District Judge